IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3259 |
| | ) | |
| v. | ) | |
| | ) | |
| AKSAMIT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| KENNETH W. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3045 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

These matters are before the Court on its own motion. On April 2, 2010, the Court issued a memorandum and order that consolidated these matters and directed plaintiff to file an amended complaint in Case No. 4:09CV3259 by April 21, 2010. (Case No. 4:10CV3045, Filing No. 9; Case No. 4:09CV3259, Filing No. 14.)  It is now April 27, 2010, and plaintiff has not complied with that memorandum and order.  (*See* Case No. 4:09CV3259, Docket Sheet.)

IT IS ORDERED:

1.   Plaintiff shall have until May 19, 2010, to show cause why these matters should not be dismissed for failure to prosecute diligently and comply with this Court's orders.  If

plaintiff does not respond, or if good cause is not shown, these actions will be dismissed without prejudice and without further notice.

      2.   The clerk of the court is directed to set a pro se case management deadline in this case with the following text: May 19, 2010: deadline for plaintiff to show cause.

      DATED this 28th day of April, 2010.

                      BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                      LYLE E. STROM, Senior Judge
                      United States District Court

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.